UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY RETIREE WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY VACATION FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY SUPPLEMENTAL FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY PROMOTIONAL FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY TRAINING FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY BUILDING FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY DEFENSE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY LOCAL POLITICAL ACTION COMMITTEE, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, THE INTERNATIONAL MASONRY INSTITUTE, AND THE TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS POLITICAL ACTION COMMITTEE,,

                          Plaintiffs,

        -against-

KIMO TILE @ MARBLE, LIMITED LIABILITY COMPANY d/b/a KIMO TILE COMPANY, LLC, and SASHA KISSOONDATH,

                          Defendants.

------------------------------------------------------------------- X

Case No. 1:23-cv-07377-HG-LKE

**<u>SUGGESTION OF BANKRUPTCY</u>**

TO THE CLERK OF THE COURT:

        Please be advised that on Wednesday, October 9, 2024, KIMO Tile @ Marble LLC, d/b/a KIMO Tile Company, LLC ("Debtor"), one of the Defendants in the above-captioned action, filed a Voluntary Petition seeking relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), with the Bankruptcy Court

for the District of New Jersey (the "Bankruptcy Court") and relief was ordered. Accordingly, this matter is subject to the automatic stay issued in favor of the Debtor and may not proceed against or fix a liability of the Debtor, absent an order of the Bankruptcy Court annulling or modifying the stay. Any action in violation of the automatic stay is legal nullity and may subject the moving party to sanctions for stay violations. Attached as Exhibit "A" is a true and correct copy of the filed Petition.

Dated: October 9, 2024
      New York, New York

                ROTTENBERG LIPMAN RICH, P.C.

                By: _____
                     C. Zachary Rosenberg
                The Helmsley Building
                230 Park Avenue, 18th Floor
                New York, New York 10169
                212-661-3080
                zrosenberg@rlrpclaw.com
                *Attorneys for Defendants Kimo Tile @ Marble, Limited Liability Company d/b/a Kimo Tile Company, LLC and Sasha Kissoondath*